**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>    v.<br><br>NORTHWESTERN UNIVERSITY d/b/a<br>FEINBERG SCHOOL OF MEDICINE, et al.,<br><br>                Defendants. | Case No. 13-cv-4515<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jane Doe and Defendant The McGaw Medical Center of Northwestern University, by and through their counsel, hereby stipulate to the dismissal without prejudice of The McGaw Medical Center of Northwestern University as a party-defendant in this action, with each party to bear her or its own costs and fees. This stipulation has been signed by all parties who have appeared in this action.

| JANE DOE | THE McGAW MEDICAL CENTER OF NORTHWESTERN UNIVERSITY |
|---|---|
| By:/s/Jason J. Bach<br>One of Her Attorneys | By:/s/ Scott L. Warner<br>One of Its Attorneys |
| Jason J. Bach<br>The Bach Law Firm, LLC<br>6053 S. Fort Apache Road, Suite 130<br>Las Vegas, Nevada 89148<br>(720)925-8787<br>jbach@bachlawfirm.com | Scott L. Warner<br>Franczek Radelet P.C.<br>300 S. Wacker Drive, Suite 3400<br>Chicago, Illinois 60606<br>(312) 986-0300<br>slw@franczek.com |
| Dated: October 16, 2013 | Dated: October 16, 2013 |